UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMADI NNODIM, * * Plaintiff, * * v. * * U.S. BANK NATIONAL ASSOCIATION, * et al., * * Defendants. | Civil Action No. 1:24-cv-12162-IT |

MEMORANDUM & ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANTS' RENEWED MOTION TO DISMISS

August 15, 2025

TALWANI, D.J.

Plaintiff Amadi Nnodim alleges that Defendants, who are the agents and/or assigns of the original mortgage on Plaintiff's property, harassed, threatened, and retaliated against him after he filed a civil action against the Defendants and their assigns. See Am. Compl. [Doc. No. 23]. Defendants moved to dismiss Plaintiff's Amended Complaint [Doc. No. 23] for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). See Renewed Mot. to Dismiss [Doc. No. 25]. The magistrate judge to whom the motion was referred issued a Report and Recommendation [Doc. No. 41] recommending that the motion be granted as to Plaintiff's Counts One (violation of 42 U.S.C. § 1983), Five (intentional infliction of emotional distress), and Six (breach of contract),[1] and that the motion be denied as to Plaintiff's Counts Two (violation of the Massachusetts Civil Rights Act, M.G.L. c. 12, §§ 11I & H), Three (violation of the Fair Debt Collection Practices

---

[1] The magistrate judge recommended that Count Six "be dismissed, but without prejudice, subject to the plaintiff's ability to amend to set out specific facts demonstrating his entitlement to relief for each claimed breach." See Report and Recommendation 18 [Doc. No. 41].

Act, 15 U.S.C. §§ 1692-1692p), Four (violation of the Massachusetts consumer protection statute, M.G.L. c. 93A), and Seven (breached of the implied covenant of good faith and fair dealing).

No objections to the Report and Recommendation [Doc. No. 41] having been filed, and for the reasons set forth therein, the court hereby adopts the magistrate judge's recommendations in their entirety. Accordingly, the Defendants' Renewed Motion to Dismiss [Doc. No. 25] is GRANTED in part and DENIED in part. The Motion is GRANTED as to Counts One, Five and Six. Count Six is dismissed without prejudice, with 14 days for leave to amend. The Motion is otherwise DENIED with respect to Counts Two, Three, Four, and Seven.

IT IS SO ORDERED.

August 15, 2025                              /s/ Indira Talwani
                                             United States District Judge